*Kennedy Lillis Schmidt & English*
*75 Maiden Lane*
*New York, N.Y. 10038-4816*
*Telephone: 212-430-0800*
*Facsimile: 212-430-0810*
WWW.KLSELAW.COM

**FEB 1 8 2020**

Nathan T. Williams
NWILLIAMS@KLSELAW.COM
DIRECT DIAL: 212-430-0812

February 14, 2020

**By ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED: 2/18/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Re:   *United India Insurance Co. Ltd*, et al.,
v. *M/V TUCAPEL*, in rem, et al.
1:19-cv-09502-AJN
Our File: 6292

Dear Judge Nathan,

We represent Plaintiffs in the captioned matter and write pursuant to Your Honor's 18 October 2019 Order, Docket Entry 8, scheduling an initial pretrial conference in this matter for 21 February 2020. Plaintiffs respectfully request that the initial conference be adjourned until a date most convenient for the Court in the second half of March or April 2020. This request, the first of its kind, is necessitated by the fact that lead counsel on this matter is required to appear at a critical conference in another matter on the date of the scheduled conference. We note that Defendant, who we had been in contact with until recently in an effort to resolve the matter amicably, has not yet answered the Complaint. Therefore, we respectfully submit that this adjournment will not unduly delay resolution of the matter. We will continue in our efforts to reconnect with the Defendant to explore settlement. In the event it fails to either settle the matter or answer the Complaint, we will then move for default judgment. We thank your Honor for considering this request.

Respectfully,

KENNEDY LILLIS SCHMIDT & ENGLISH

By:      s/ Nathan T. Williams

Nathan T. Williams

The initial pretrial conference scheduled for February 21, 2020 is hereby adjourned to April 24, 2020 at 3:45 p.m. A proposed case management plan and joint letter are due no later than seven days before the conference. *See* Dkt. No. 8.
SO ORDERED.