USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United India Insurance Co. Ltd., et al.,

                Plaintiffs,

                –v–

Pegasus Maritime, Inc., et al.,

                Defendants.

19-cv-9502 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An initial pretrial conference in the above-captioned action is scheduled for April 24, 2020. Dkt. No. 10. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or April 17, 2020. Dkt. Nos. 8, 16. Though the Court has received the parties' proposed case management plan, Dkt. No. 17, it has not yet received the parties' joint letter. The parties are therefore ordered to submit a joint letter in accord with Dkt. Nos. 8 and 16 by no later than 5:00 p.m. on Wednesday, April 22, 2020.

      SO ORDERED.

Dated: April 20, 2020
      New York, New York

                                                  ALISON J. NATHAN
                                                United States District Judge