```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United India Insurance Co. Ltd., et al.,

                Plaintiffs,

       –v–

Pegasus Maritime, Inc., et al.,

                Defendants.

19-cv-9502 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    As stated on the record at the initial pretrial conference on April 24, 2020, the parties were to submit a letter within one month informing the Court whether they sought a referral to the assigned Magistrate Judge for a settlement conference at that time. As of the date of this Order, the Court is not in receipt of such a letter. Accordingly, the parties shall submit a letter so informing the Court by June 11, 2020.

    SO ORDERED.

Dated: June 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge